**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

PEDRO AGRA,

                             Plaintiff,                        **ORDER**

          -against-                             **23-cv-10255 (AT) (JW)**

GUIDO DOLCI, *et al.*,

                            Defendant.

-------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This Court is in receipt of Plaintiff's letter at Dkt. No. 20.  This Court notes that Plaintiff is not currently represented by counsel (in other words, Mr. Agra is proceeding *pro se*).  Mr. Agra has emailed the Chambers of the Honorable Analisa Torres, opposing counsel, and this Court courtesy email copies of the docket filings at Dkt. Nos. 20 and 21.  This Court notes for Mr. Agra's benefit that the Court receives email notification of all docket filings.  While this Court appreciates Mr. Agra's efforts regarding notification, Mr. Agra **need not email copies of docket filings**.  Further, this Court denies Mr. Agra's request to adjourn the conference scheduled for March 6, 2024.  This Court will hold a conference in this matter on **March 6, 2024 at 1:00pm** in Courtroom 228, 40 Foley Square, New York, New York.

      SO ORDERED.

DATED:    New York, New York
            February 21, 2024

                                        *Jennifer E. Willis*
                                    JENNIFER E. WILLIS
                                    United States Magistrate Judge