UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PEDRO AGRA,

                        Plaintiff,

          -against-

GUIDO DOLCI, et al.,

                        Defendant.
-----------------------------------------------------------------X

**ORDER**

**23-CV-10255 (AT) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      Counsel for Defendants, Men's Board Management, Inc. and Nadia Shahrik, filed a stipulated consent to change attorneys.  However, pursuant to the Local Rules of the United States District Court for the Southern District of New York, the proper method to change counsel is to seek leave from the Court.  However, since discovery is stayed and this case was filed in 2023, the stipulation for substitution of counsel is GRANTED.  Both outgoing and incoming counsel are reminded that in the future you must comply with the Local Rules governing withdrawal and displacement of counsel.  SO ORDERED.

DATED:    New York, New York
               May 2, 2024

                                                                               _____
                                                                              JENNIFER E. WILLIS
                                                                              United States Magistrate Judge