**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
PEDRO AGRA,

                Plaintiff,              **ORDER**

      -against-                **23-CV-10255 (AT) (JW)**

GUIDO DOLCI, *et al.*,

               Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's letter requesting a stay pending an appeal to the Second Circuit (Dkt. No. 35), and Defendants' letters in opposition. Dkt. Nos. 36–37. The Request for a stay is **DENIED**.

SO ORDERED.

DATED:   New York, New York
            August 28, 2024

                                                JENNIFER E. WILLIS
                                                United States Magistrate Judge