```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/11/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEDRO AGRA,

                Plaintiff,

-against-

GUIDO DOLCI; NADIA SHAHRIK;
MASSIMO TACCHINI; GEMIDE SRL;
MAJOR MODEL MANAGEMENT INC.;
MAJOR MIAMI LLC; MENSBOARD
MANAGEMENT, INC.,

                Defendants.

23 Civ. 10255 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendants' letters seeking leave to file motions to dismiss Plaintiff's claims. ECF Nos. 41–44. Accordingly:

1. Defendants' requests to file motions to dismiss are GRANTED;
2. By **October 16, 2024**, Defendants shall file their motions;
3. By **November 6, 2024**, Plaintiff shall file his opposition papers; and
4. By **November 20, 2024**, Defendants shall file their replies, if any.

Defendants who are represented by common counsel shall file one consolidated brief.

    Pursuant to Section III.B(iv) of the Court's Individual Rules, if Plaintiff intends to file an amended pleading—and not rely on the pleading that is the subject of Defendants' motions—he shall notify the Court and Defendants by **October 28, 2024**.

    The Clerk of Court is respectfully directed to send a copy of this order to Plaintiff *pro se*.

    SO ORDERED.

Dated: September 11, 2024
       New York, New York

                                                ANALISA TORRES
                                         United States District Judge