UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PEDRO AGRA,

                    Plaintiff,                     **ORDER**

    -against-                      **23-CV-10255 (AT) (JW)**

GUIDO DOLCI, *et al.*,

                    Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

     In their papers on the motion to dismiss the amended complaint, the Parties dispute whether service of the *original* complaint was sufficient. See Dkt. Nos. 68-6, 69-1, 77, 79. The Court seeks additional briefing on this issue. Each party may file an additional letter brief, not to exceed ten pages. The Court poses the following questions: (1) was service of the original complaint completed; (2) was service required for the amended complaint and if so, upon which Defendants; (3) if required, was service of the amended complaint completed; (4) if service of the amended complaint was required and not completed, is a motion to dismiss a non-operative complaint ripe for judicial intervention. Any answers to the above-listed questions shall be supported with caselaw. The letter briefs shall be filed by **5:00 PM on Wednesday, July 23, 2025**.

     SO ORDERED.

DATED:     New York, New York
                 July 18, 2025

                                                                     JENNIFER E. WILLIS
                                                                     United States Magistrate Judge