Pedro Agra
500 E 63rd St, Apt 13F
New York, NY 10065
(646) 770 2045
agra13@gmail.com

<div style="border: 1px solid red;">
This request is GRANTED in part and DENIED in part. Given Plaintiff's *pro se* status, both Parties' deadline to file additional briefing is extended to **July 28, 2025, at 10:00 AM**. No further extensions will be granted. SO ORDERED.

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge
July 23, 2025.
</div>

July 23, 2025

<u>Via ECF</u>
The Hon. Jennifer E. Willis
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

<u>In re: Agra v. Dolci et al., 23-cv-10255 (AT) (JW)</u>

Dear Hon. Judge Jennifer E. Willis,

I write to respectfully request an extension to the filing deadline for additional briefing on the Parties dispute whether service of the original and amended complaint was sufficient [Court's Order from July 18, 2025, ECF 90], pursuant to your Individual Practice I(B-C). I state the following:

    1. I request a 7-day extension of my July 23, 2025 deadline for my additional briefing on the Parties dispute whether service of the original complaint was sufficient, to **July 30, 2025**.
    2. I have made only one previous request for extension in this action, to file an opposition to Defendants' motions to dismiss, which was granted [ECF No. 73]
    3. I am requesting this extension because I am pro se and it is difficult for me to meet this deadline. In addition, I am now working directly with the City Bar Justice Center's Pro Se clinic. I need more time to coordinate with the Clinic.
    4. On July 23, 2025, I contacted opposing counsel to request their consent to this extension. I was able to get in contact with opposing counsel. The counsel did not consent to this extension without providing any reason of their decline.

I propose the deadline for July 30, 2025.

    Thank you for your consideration.

    Respectfully,

    PEDRO AGRA
    */s/ Pedro Agra*
    -----------------------------
    500 E 63rd St, Apt 13F New York, NY 10065
    (646) 770 2045
    agra13@gmail.com
    PRO SE