UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PEDRO AGRA,

                      Plaintiff,                  **ORDER**

        -against-                  **23-CV-10255 (AT) (JW)**

GUIDO DOLCI, *et al.*,

                      Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of Defendants' letter motion requesting the Court to strike Plaintiff's Second Amended Complaint. Dkt. No. 107, 108. Defendants assert that Plaintiff ignored the Court's order granting Agra "leave to amend his complaint as it concerns Agra's personal jurisdiction allegations about Miami." Dkt. No. 105; see also Dkt. No. 97 at 22 (the undersigned recommending that "leave to amend only be GRANTED for the personal jurisdiction allegations regarding Defendant Miami"). A redline between the First Amended Complaint and Second Amended Complaint clearly shows that Plaintiff went well beyond the scope of the Court's narrow order. See Dkt. No. 107-2. As such, the Court GRANTS Defendants' motion to strike the Second Amended Complaint and GRANTS Plaintiff leave to amend his complaint in accordance with the Court's order by **December 15, 2025**. Plaintiff is warned that amending his complaint beyond the scope of the Court's order at Dkt. No. 105 may warrant waiver of an additional opportunity to amend. SO ORDERED.

DATED:    New York, New York
               November 18, 2025

                                                             */s/ Jennifer E. Willis*
                                                             JENNIFER E. WILLIS
                                                             United States Magistrate Judge