**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
PEDRO AGRA,

                    Plaintiff,

              -against-

GUIDO DOLCI, *et al.*,

                  Defendants.
-----------------------------------------------------------------X

**ORDER**

**23-CV-10255 (AT) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's request for an extension of time to serve the third amended complaint (Dkt. No. 114), Defendants' letter motion requesting the Court to strike Plaintiff's third amended complaint (Dkt. No. 115) and Defendants' letter regarding their time to answer Plaintiff's third amended complaint (Dkt. No. 117).  The Court STAYS Plaintiff's time to serve the third amended complaint and Defendants' deadline to respond to Plaintiff's third amended complaint until the Court issues an order on Defendants' letter motion to strike at Dkt. No. 115.

The Court will provide additional information regarding by when 1) Plaintiff must serve Defendants the operative complaint and 2) Defendants must respond to the operative complaint upon issuance of the motion to strike order.

SO ORDERED.

DATED:    New York, New York
             January 16, 2026

                                _____
                                  JENNIFER E. WILLIS
                                United States Magistrate Judge