**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---

|                                              |   |                          |
|----------------------------------------------|---|--------------------------|
|                                              | : |                          |
| PEDRO AGRA,                                  | : |                          |
| Plaintiff                                    | : |                          |
| v.                                           | : | Case No. : 1:23-cv-10255 |
| GUIDO DOLCI, NADIA SHAHRIK, MASSIMO          | : |                          |
| TACCHINI, MAJOR MIAMI, LLC. GEMIDE           | : |                          |
| SRL, MENSBOARD MANAGEMENT, INC               | : |                          |
| Defendants                                   | : |                          |
|                                              | : |                          |

---

## NOTICE OF MOTION FOR LEAVE TO AMEND THE COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Leave to Amend the Complaint and the accompanying Declaration of Pedro Agra and the exhibits thereto, Plaintiffs move this Court for an Order granting Plaintiffs' Motion for Leave to Amend the Complaint pursuant to Federal Rule of Civil Procedure 15(a).

DATED: New York, New York

February 5, 2026

By: _____

Pedro Agra

(Plaintiff *pro se)*

500 E 63rd St, Apt 13F

New York, NY 10065

agra13@gmail.com

T: 646.770.2045

1

## CERTIFICATE OF SERVICE

I, Pedro Agra, hereby certify that a copy of the foregoing Notice of Motion for Leave to Amend the Complaint, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

DATED: New York, New York

February 5, 2026

By: _____

Pedro Agra

(Plaintiff *pro se)*

500 E 63rd St, Apt 13F

New York, NY 10065

agra13@gmail.com

T: 646.770.2045

2