**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
PEDRO AGRA,

                              Plaintiff,                              **ORDER**

         -against-                                            **23-CV-10255 (AT) (JW)**

GUIDO DOLCI, *et al.*,

                              Defendants.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

         The Court is in receipt of briefing regarding Plaintiff's motion for leave to

amend.  See Dkt. Nos. 122–124, 129–133.

         The Court would like additional briefing from the parties regarding whether

Plaintiff's proposed Title VII claims were procedurally barred by Plaintiff's New York

State Division of Human Rights ("NYSDHR") case.  Each side has until **August 12,**

**2026** to provide the Court with their position.  The letter motion shall be no more

than 2 pages single spaced.

         SO ORDERED.

DATED:         New York, New York
               July 29, 2026

                                             *Jennifer E. Willis*
                                             JENNIFER E. WILLIS
                                             United States Magistrate Judge