Karolina Marciniak-Agra, PhD
500 E 63rd St, Apt 13F
New York, NY 10065
(646) 770-2045
marciniak.kar@gmail.com
**Relationship to Plaintiff: Wife**

RECEIVED
SDNY PRO SE OFFICE
2026 AUG 14 PM 4:54

August 14, 2026

**Via Pro Se Intake Unit**
The Hon. Jennifer E. Willis
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**In re: Agra v. Dolci et al., 23-cv-10255 (AT) (JEW)**

Dear Judge Willis,

I am writing to bring to the Court's attention a matter concerning my husband, Pedro Agra, who is the Plaintiff in the above-captioned action.

I am not an attorney and do not represent my husband. I am simply providing this information to the Court because my husband is temporarily unable to manage his legal affairs and cannot file documents or communicate with the Court at this time.

I understand that the Court issued an Order on July 29, 2026 (ECF No. 134), requiring Plaintiff to file additional briefing regarding whether his proposed Title VII claims were procedurally barred by the NYSDHR case. The deadline for this filing was August 12, 2026.

My husband has been unable to meet this deadline due to the following circumstances:

- Deactivated Email Account: Mr. Agra's Gmail account (agra13@gmail.com), which was registered with the Court for electronic service, was unexpectedly deactivated. As a result, he did not receive the Court's Order (ECF No. 134) or any notifications regarding the filing deadline.

- Medical Condition: Mr. Agra is currently suffering from a serious medical condition that is temporarily impairing his ability to manage his affairs, including his legal case. He is unable to access documents, communicate with the Court, or prepare filings.

I respectfully request that the Court grant Mr. Agra an extension of 45 to 60 days to file his response to the Court's July 29, 2026 Order.

I have informed Mr. Agra of this request. I am hopeful that within this time, he will be able to obtain the necessary medical care, restore his email access, and resume managing his case.

I respectfully note that Mr. Agra has diligently prosecuted this case while proceeding pro se. He has timely responded to Court orders and Defendants' filings to the best of his ability, requested extensions only when necessary, and made good-faith efforts to comply with the Court's deadlines.

I respectfully request that the Court grant Mr. Agra additional time to file his response to ECF No. 134. Granting this request will allow him to properly address the merits of his Title VII claims, which arise from the same core facts of discrimination and retaliation that have been at the center of this litigation since its inception.

Thank you for your consideration.

Dated: August 14, 2026
New York, New York

Respectfully submitted,

KAROLINA MARCINIAK-AGRA, PHD
(Pedro Agra's Wife)

Karolina Marciniak-Agra
------------------------------------
500 E 63rd St, Apt 13F
New York, NY 10065
(646) 770-2045
marciniak.kar@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of August, 2026, I caused a true and correct copy of the foregoing letter to be served on all counsel of record via email at the following addresses:

Kenneth Sussmane, Esq. (for Defendants Guido Dolci, Gemide SRL, Major Miami LLC)
ksussmane@mszpc.com

Jesse Sussmane, Esq. (for Defendants Guido Dolci, Gemide SRL, Major Miami LLC)
jsussmane@mszpc.com

Joseph A. D'Avanzo, Esq. (for Defendants Nadia Shahrik and Men's Board Management, Inc.)
jdavanzo@davanzollp.com