**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

PEDRO AGRA,

Plaintiff,

-against-

GUIDO DOLCI, *et al.*,

Defendants.

-------------------------------------------------------------X

**ORDER**

**23-CV-10255 (AT) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of a letter from Plaintiff's wife, who is not a party to the case, requesting an additional 45 to 60 days to respond to the Court's July 29th order. See Dkt. No. 136. The Court will not consider this letter because it was not filed by a party in this case. While Plaintiff's wife may have Pacer access, she does not have authority to file any documents in cases where she is not a party (including her husband's cases).

However, considering Plaintiff is *pro se* and may not have received the Court's July 29th order, the Court will *sua sponte* grant Plaintiff until **September 4, 2026** to file a response to the Court's order at Dkt. No. 134. Plaintiff is reminded that the letter motion shall be no more than 2 pages double spaced.

Lastly, Plaintiff is reminded of his responsibility to update his contact information on ECF to ensure he gets filings from the docket.

**The Clerk of Court is respectfully requested to mail a copy of this order to *pro se* Plaintiff.**

SO ORDERED.

DATED: New York, New York
August 26, 2026

Jennifer E. Willis
JENNIFER E. WILLIS
United States Magistrate Judge