IH-34 Rev:2014-1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

PEDRO AGRA

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

GUIDO DOLCI, NADIA SHAHRIK, MASSIMO TACCHINI, GEMIDE SRL,

MAJOR MIAMI LLC, MENSBOARD MANAGEMENT, INC.

(List the full name(s) of the defendant(s)/respondent(s).)

23 CV 10255 (AT)(JEW)

NOTICE OF CHANGE OF ADDRESS

I hereby notify the Court that my address has changed to the following:

PEDRO AGRA
Name (Last, First, MI)

| 500 E 63RD ST, APT 13F | NEW YORK | NY | 10065 |
|---|---|---|---|
| Address | City | State | Zip Code |

(646) 770-2045
Telephone Number

AGRADG13@GMAIL.COM
E-mail Address (if available)

9/4/2026
Date

[signature: Pedro Agra]
Signature