**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
PEDRO AGRA,

Plaintiff,

-against-

GUIDO DOLCI, *et al.*,

Defendants.
-------------------------------------------------------------X

**ORDER**

**23-CV-10255 (AT) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's letter motion at Dkt. No. 143 requesting an extension of time to respond to the Court's July 29th order, even though Plaintiff already filed two letters in response. This request is **DENIED**.

On August 19, 2026, the Court received a letter from Plaintiff's wife, who is not a party to the case, requesting an additional 45 to 60 days for Plaintiff to respond to the Court's July 29th order. See Dkt. No. 136. While the Court found that the filing was inappropriate since Plaintiff's wife is not a party to the case, the Court *sua sponte* granted Plaintiff until September 4, 2026 to file a response to the Court's July 29th order. Dkt. No. 138. Plaintiff then filed not one, but two separate filings in response with his position at Dkt. Nos. 140 and 142. The Court considered both filings in ultimately denying Plaintiff leave to amend at Dkt. No. 144. For those reasons, Plaintiff's request for even more time to file additional letters with his position is **DENIED**.

**The Clerk of Court is respectfully requested to close Dkt. No. 143.**

SO ORDERED.

DATED: New York, New York
September 30, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge