UNITED STATES DISTRICT COURT
SOUTHERN DISTIRCT OF NEW YORK

| | |
|---|---|
| PEDRO AGRA, Plaintiff, vs. GUIDO DOLCI, et. al, Defendants. | Case 1:23-cv-10255 (AT)(JW) STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s), that the above-captioned action is voluntary dismissed, with prejudice, against defendants Guido Dolci, Gemide srl, Major Model Management Inc., Major Miami LLC, Nadia Shahrik and Men's Board Management, Inc. pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees, and this stipulation may be executed in counterparts and by way of facsimile or electronic signatures as if they were original signatures and may be filed with the Court without further notice.

. All parties who have appeared in this action have executed this stipulation.

Defendant Massimo Tacchini has not appeared in this action and is not a party to this stipulation of voluntary dismissal.

October 7, 2026
New York, New York

Pedro Agra, Plaintiff Pro Se

Ken Sussmane
MCCUE SUSSMANE ZAPFEL & COHEN P.C
Attorneys for Defendants Gemide SRL,
Major Model Management Inc.,
Major Miami LLC and Guido Dolci
420 Lexington Ave., Suite 2250
New York, New York 10170
(212) 931-5500

Joseph A. D'Avanzo
D'AVANZO LLP
Attorneys for Defendants Nadia Shahrik
and Men's Board Management Inc.
44 South Broadway Suite 100
White Plains, New York 10601
(914) 417 0219