# EXHIBIT B

# Supplement B, U Nonimmigrant Status Certification

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS Form I-918**
OMB No. 1615-0104
Expires 06/30/2023

| For USCIS Use Only | Remarks |
|---|---|
| | |

▶ **START HERE - Type or print in black or blue ink.**

## Part 1. Victim Information

1. Alien Registration Number (A-Number) (if any) ▶ A-

2.a. Family Name (Last Name): Agra

2.b. Given Name (First Name): Pedro

2.c. Middle Name: Henriques Dominguez

**Other Names Used** (Include maiden names, nicknames, and aliases, if applicable.)

If you need extra space to provide additional names, use the space provided in **Part 7. Additional Information.**

3.a. Family Name (Last Name):

3.b. Given Name (First Name):

3.c. Middle Name: Goncalves

4. Date of Birth (mm/dd/yyyy) [redacted]

5. Gender [X] Male [ ] Female

## Part 2. Agency Information

1. Name of Certifying Agency: NYS Division of Human Rights "DHR"

Name of Certifying Official

2.a. Family Name (Last Name): Herrion

2.b. Given Name (First Name): John

2.c. Middle Name: Patrick

3. Title and Division/Office of Certifying Official: Associate Counsel

Name of Head of Certifying Agency

4.a. Family Name (Last Name): Imperial

4.b. Given Name (First Name): Maria

4.c. Middle Name:

### *Agency Address*

5.a. Street Number and Name: One Fordham Plaza

5.b. [ ] Apt. [ ] Ste. [X] Flr. 4th

5.c. City or Town: Bronx

5.d. State: NY 5.f. ZIP Code: 10532

5.g. Province: N/A

5.h. Postal Code: N/A

5.i. Country: USA

### *Other Agency Information*

6. Agency Type [ ] Federal [X] State [ ] Local

7. Case Status [X] On-going [ ] Completed [ ] Other

8. Certifying Agency Category [ ] Judge [X] Law Enforcement [ ] Prosecutor [ ] Other

9. Case Number: 10210251

10. FBI Number or SID Number (if applicable):

## Part 3. Criminal Acts

If you need extra space to complete this section, use the space provided in **Part 7. Additional Information**.

**1.** The petitioner is a victim of criminal activity involving a violation of one of the following Federal, state, or local criminal offenses (or any similar activity). (Select **all applicable** boxes)

- [ ] Abduction
- [x] Abusive Sexual Contact
- [x] Attempt to Commit Any of the Named Crimes
- [ ] Being Held Hostage
- [ ] Blackmail
- [ ] Conspiracy to Commit Any of the Named Crimes
- [ ] Domestic Violence
- [x] Extortion
- [ ] False Imprisonment
- [ ] Felonious Assault
- [ ] Female Genital Mutilation
- [ ] Fraud in Foreign Labor Contracting
- [ ] Incest
- [ ] Involuntary Servitude
- [ ] Kidnapping
- [ ] Manslaughter
- [ ] Murder
- [x] Obstruction of Justice
- [ ] Peonage
- [ ] Perjury
- [ ] Prostitution
- [ ] Rape
- [x] Sexual Assault
- [ ] Sexual Exploitation
- [ ] Slave Trade
- [ ] Solicitation to Commit Any of the Named Crimes
- [ ] Stalking
- [ ] Torture
- [ ] Trafficking
- [ ] Unlawful Criminal Restraint
- [x] Witness Tampering

Provide the dates on which the criminal activity occurred.

**2.a.** Date (mm/dd/yyyy) 07/14/2017

**2.b.** Date (mm/dd/yyyy) 07/14/2019

**2.c.** Date (mm/dd/yyyy) 10/08/2020

**2.d.** Date (mm/dd/yyyy) 10/15/2020

**3.** List the statutory citations for the criminal activity being investigated or prosecuted, or that was investigated or prosecuted.

NY Penal Law Sections; 130.00(3);
155.05(e);195.05; 130.40; 215.10

**4.a.** Did the criminal activity occur in the United States (including Indian country and military installations) or the territories or possessions of the United States?

[x] Yes [ ] No

**4.b.** If you answered "Yes," where did the criminal activity occur?

New York

**5.a.** Did the criminal activity violate a Federal extraterritorial jurisdiction statute? [ ] Yes [x] No

**5.b.** If you answered "Yes," provide the statutory citation providing the authority for extraterritorial jurisdiction.

**6.** Briefly describe the criminal activity being investigated and/or prosecuted and the involvement of the petitioner named in **Part 1.** Attach copies of all relevant reports and findings.

Mr. Agra filed an employment discrimination complaint with DHR alleging that he was sexually assaulted by an employer and subsequently black balled out of other employment opportunities if he spoke out about the crimes he was the victim of. DHR found probable cause for his complaint. See attached.

**7.** Provide a description of any known or documented injury to the victim. Attach copies of all relevant reports and findings.

See attached.

## Part 4. Helpfulness Of The Victim

For the following questions, if the victim is under 16 years of age, incompetent or incapacitated, then a parent, guardian, or next friend may act on behalf of the victim.

1. Does the victim possess information concerning the criminal activity listed in **Part 3.**? [X] Yes [ ] No

2. Has the victim been helpful, is the victim being helpful, or is the victim likely to be helpful in the investigation or prosecution of the criminal activity detailed above? [X] Yes [ ] No

3. Since the initiation of cooperation, has the victim refused or failed to provide assistance reasonably requested in the investigation or prosecution of the criminal activity detailed above? [ ] Yes [X] No

If you answer "Yes" to **Item Numbers 1. - 3.**, provide an explanation in the space below. If you need extra space to complete this section, use the space provided in **Part 7. Additional Information**.

Complainant provided DHR Investigator with all necessary information to determine that there was probable cause that respondent employer sexually harassed and discriminated against Mr. Agra.

4. Other. Include any additional information you would like to provide.

## Part 5. Family Members Culpable In Criminal Activity

1. Are any of the victim's family members culpable or believed to be culpable in the criminal activity of which the petitioner is a victim? ☐ Yes ☒ No

If you answered "Yes," list the family members and their criminal involvement. (If you need extra space to complete this section, use the space provided in **Part 7. Additional Information**.)

2.a. Family Name (Last Name)

2.b. Given Name (First Name)

2.c. Middle Name

2.d. Relationship

2.e. Involvement

3.a. Family Name (Last Name)

3.b. Given Name (First Name)

3.c. Middle Name

3.d. Relationship

3.e. Involvement

4.a. Family Name (Last Name)

4.b. Given Name (First Name)

4.c. Middle Name

4.d. Relationship

4.e. Involvement

## Part 6. Certification

I am the head of the agency listed in **Part 2.** or I am the person in the agency who was specifically designated by the head of the agency to issue a U Nonimmigrant Status Certification on behalf of the agency. Based upon investigation of the facts, I certify, under penalty of perjury, that the individual identified in **Part 1.** is or was a victim of one or more of the crimes listed in **Part 3.** I certify that the above information is complete, true, and correct to the best of my knowledge, and that I have made and will make no promises regarding the above victim's ability to obtain a visa from U.S. Citizenship and Immigration Services (USCIS), based upon this certification. I further certify that if the victim unreasonably refuses to assist in the investigation or prosecution of the qualifying criminal activity of which he or she is a victim, I will notify USCIS.

1. Signature of Certifying Official (sign in ink)

   ➡ [signature]

2. Date of Signature (mm/dd/yyyy) 05/13/2022

3. Daytime Telephone Number

   718/ 741 8332

4. Fax Number

   718/ 741 8279

## Part 7. Additional Information

If you need extra space to complete any item within this supplement, use the space below or attach a separate sheet of paper; type or print the agency's name, petitioner's name, and the Alien Registration Number (A-Number) (if any) at the top of each sheet; indicate the **Page Number, Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet. If you need more space than what is provided, you may also make copies of this page to complete and file with this supplement.

**1.** Agency Name: NYS Division of Human Rights "DHR"

***Petitioner's Name***

**2.a.** Family Name (Last Name): Agra

**2.b.** Given Name (First Name): Pedro

**2.c.** Middle Name: Henriques Dominguez

**3.** A-Number (if any) ▶ A-

**4.a.** Page Number **4.b.** Part Number **4.c.** Item Number

**4.d.**

**5.a.** Page Number **5.b.** Part Number **5.c.** Item Number

**5.d.**

**6.a.** Page Number **6.b.** Part Number **6.c.** Item Number

**6.d.**

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type |
|---|---|---|
| [redacted] | | I918 - PETITION FOR U NONIMMIGRANT STATUS |
| Received Date 06/21/2022 | Priority Date | Applicant [redacted] AGRA, PEDRO HENRIQUE DOMINGUES |
| Notice Date 09/02/2023 | Page 1 of 1 | Beneficiary [redacted] AGRA, PEDRO HENRIQUE DOMINGUES |

PEDRO HENRIQUE DOMINGUES AGRA
500 E 63RD STR APT 13F
NEW YORK NY 10065

**Notice Type:** Bona Fide Determination Notice

**CORRESPONDENCE**

On December 22, 2016, you submitted a Form I-918, Petition for U Nonimmigrant Status. As the statutory cap for U-1 nonimmigrant status has been reached for this fiscal year, U.S. Citizenship and Immigration Services (USCIS) may not grant U-1 nonimmigrant status to any petitioner until new visas become available. Under 8 U.S.C. 1184(p)(6) and 1103(a), the Department of Homeland Security (DHS) may conduct a bona fide determination, and if warranted as a matter of discretion, provide employment authorization and deferred action.

At this time, the evidence demonstrates your petition for U nonimmigrant status is bona fide, and you warrant a favorable exercise of discretion to receive employment authorization and deferred action. Because USCIS has determined your petition is bona fide and you warrant a favorable exercise of discretion, you may be issued an employment authorization document and may be placed in deferred action. Deferred action is an act of administrative convenience to the government which gives some cases lower priority for removal.

Under 8 U.S.C. 1184(p)(6), if USCIS determines your petition is bona fide, you may submit a Form I-765, Application for Employment Authorization with this office. USCIS grants employment authorization based on the bona fide determination and favorable exercise of discretion described above under 8 U.S.C. 1184(p)(6), as well as under 8 CFR 274a.12(c)(14), which gives the agency the authority to provide employment authorization to noncitizens placed in deferred action. You filed a Form I-765 under 8 CFR, section 274a.12(a)(19). This Form I-765 is based on your pending Form I-918, which USCIS has determined is bona fide. Please be aware that your currently filed Form I-765 will be adjudicated as if it were filed under 8 CFR, section 274a.12(c)(14). You will receive separate correspondence regarding the adjudication of your Form I-765.

Priority for the issuance of U nonimmigrant status will be determined by the date the petition was received by USCIS. Once a visa is available to you, USCIS will determine your eligibility for U nonimmigrant status, and whether you are admissible to the United States.

If you are represented by an attorney, all further correspondence should be accompanied by Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative.

This notice does not constitute valid U nonimmigrant status or employment authorization, and may not be used to demonstrate legal immigration or employment status.

Sincerely,

Please see the additional information on the back. You will be notified separately about any other cases you filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

Vermont Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
38 River Road
Essex Junction VT 05479-0001

**USCIS Contact Center: www.uscis.gov/contactcenter**