**McCue Sussmane Zapfel & Cohen P.C.**
**420 Lexington Avenue**
**Suite 2250**
**NEW YORK, NEW YORK 10170**
TELEPHONE: (212) 931-5500
FACSIMILE: (212) 931-5501

October 14, 2026

Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl St.
New York, NY

Hon. Jennifer E. Willis
United States District Court
Southern District of New York
500 Pearl St.
New York, NY

Re: Agra v Dolci et. al.; 1:23-cv-10255 (AT)(JEW)

Dear Judge Torres and Judge Willis:

This firm represents Defendants Gemide SRL, Guido Dolci, Major Model Management Inc., and Major Miami LLC.

We are writing regarding the letter motion filed by non-party Karolina Marciniak Plaintiff on October 13, 2026 requesting to reopen the case for a guardian ad litem be appointed for Plaintiff Pedro Agra and an extension of time and leave to file a motion to vacate the stipulation of dismissal and for reconsideration of the Court's September 29, 2026 Order.

Due to the complexity and irregularity of the letter motion, we request the Court advise how it wishes for us proceed.

Thank you for your consideration.

Respectfully submitted,

Kenneth Sussmane

cc: Pedro Agra
Joseph D' Avanzo