USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 11/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEDRO AGRA,

Plaintiff,

-against-

MASSIMO TACCHINI,

Defendant.

23 Civ. 10255 (AT) (JW)

**ORDER**

ANALISA TORRES, District Judge:

On October 20, 2026, the Court ordered Plaintiff to "initiate default judgment proceedings pursuant to Attachment A of this Court's Individual Practices in Civil Cases against Defendant Massimo Tacchini or voluntarily dismiss Tacchini from the action" by November 13, 2026. ECF No. 151. The deadline has passed and Plaintiff has not taken further action. Accordingly, by **December 23, 2026**, Plaintiff is directed to dismiss Tacchini or initiate default proceedings.

SO ORDERED.

Dated: November 23, 2026
New York, New York

ANALISA TORRES
United States District Judge